IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AARON CHAMBERS,

    Plaintiff,

  v.                                                               Case No.  20-cv-892-bbc

NICK CORONA,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 11/23/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |